# United States District Court

for

## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Jorge Sepulveda</u>     Case Number: <u>3:09-00186-2</u>

Name of Sentencing Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>March 25, 2011</u>

Original Offense(s): <u>21 U.S.C. §§ 841(a)(1) & 846 Possession with Intent to Distribute and to Distribute 5</u>
<u>Kilograms or More of Cocaine</u>

Original Sentence: <u>50 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>March 29, 2013</u>

Assistant U.S. Attorney: <u>Brent A. Hannafan</u>     Defense Attorney: <u>Deanna Bell Johnson</u>

The Court orders:

- ☒ No Action Necessary at this Time
- ☐ Submit a Request for Modifying the Condition or Term of Supervision
- ☐ Submit a Request for Warrant or Summons
- ☐ Other

Considered this 21st day of Aug , 2014,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.
Respectfully submitted,

_____
Robert W. Musser, Jr.
Chief U.S. Probation Officer

Place     Nashville, TN

Date     August 21, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.          **The defendant shall refrain from any unlawful use of a controlled substance.**
On July 28, 2014, Mr. Sepulveda appeared at Rutherford County General Sessions Court to address the probation violation, which was the basis for the report to Your Honor dated July 18, 2014. At this time, he was given a random drug test by his county probation officer that was positive for cocaine. Mr. Sepulveda admitted that he had used cocaine the previous night.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Sepulveda has performed well on his federal supervision up to the recent county probation violation and positive drug test. He completed a substance abuse assessment with no treatment recommended.

Mr. Sepulveda was sentenced to three weeks in jail as a result of his violation of county probation. He was released from the Rutherford County Sheriff's Office Detention Center on August 18, 2014, and instructed to report to the U.S. Probation Office at 9:00 a.m. the following day. Mr Sepulveda reported as instructed and admitted to his use of cocaine on July 27, 2014. He stated that he knew he was going to go to jail for violating his county probation so he went out with friends the previous evening and got drunk to the point of blacking out. He acknowledged that he used cocaine, but stated that he could not remember with whom or how.

I counseled Mr. Sepulveda regarding his choice of friends and his decision making process. We will continue to discuss these issues, with a goal of him understanding the negative impact of criminal thinking and spending time with others who do the same. Mr. Sepulveda does not believe that he is in the need of substance abuse counseling at this time.

### U.S. Probation Officer Recommendation:

The probation officer is requesting that no additional action be taken by the Court at this time. Mr. Sepulveda has been placed on the random drug testing program and has been counseled regarding his criminal thinking and choice of associates. It is recommended that Mr. Sepulveda remain on supervised release, actively participate in increased drug testing, and not incur any future violations. The United States Attorney's office has been advised of this noncompliance and is in agreement with this recommendation.